FORM 8

## UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| DIAMOND SAWBLADES MANUFACTURERS' COALITION,<br><br>　　　　　　　　Plaintiff,<br>　　v.<br><br>UNITED STATES,<br><br>　　　　　　　　Defendant,<br><br>　　and,<br><br>CHENGDU HUIFENG NEW MATERIAL TECHNOLOGY CO., LTD. and BOSUN TOOLS, CO. LTD.,<br><br>　　　　　　　　Defendant-Intervenors. | Before: Hon. Leo M. Gordon,<br>　　　　　Senior Judge<br><br>Court No. 20-03867 |

### STIPULATION OF DISMISSAL

**PLEASE TAKE NOTICE** that plaintiff, pursuant to Rule 41(a)(1)(A)(ii) of the Rules of the United States Court of International Trade, having filed a stipulation of dismissal signed by all parties who have appeared in this action and those actions listed on the attached schedule hereby dismisses this action and those listed on the attached schedule.

Dated: March 18, 2021

　　　　　　　　　　　　　　　　　　　　　/s/ Daniel B. Pickard
　　　　　　　　　　　　　　　　　　　　　Daniel B. Pickard, Esq.
　　　　　　　　　　　　　　　　　　　　　**WILEY REIN, LLP**
　　　　　　　　　　　　　　　　　　　　　1776 K Street, NW
　　　　　　　　　　　　　　　　　　　　　Washington, DC 20006
　　　　　　　　　　　　　　　　　　　　　(202) 719-7285

　　　　　　　　　　　　　　　　　　　　　*Counsel to the Diamond Sawblades*
　　　　　　　　　　　　　　　　　　　　　*Manufacturers' Coalition*

FORM 8

/s/ Meen Geu Oh
Meen Geu Oh, Esq.
U.S. Department of Justice
Civil Division-Commercial Litigation Branch
Commercial Litigation Branch - Civil Division
P.O. Box 480
Ben Franklin Station
Washington, DC 20044
(202) 307-0184

*Counsel for the United States*

/s/ Lizbeth R. Levinson
Lizbeth R. Levinson, Esq.
Fox Rothschild LLP
1030 15th Street, NW
Washington, DC 20005
(202) 794-1182

*Counsel to Chengdu Huifeng New Material Technology Co., Ltd.*

/s/ Gregory S. Menegaz
Gregory S. Menegaz, Esq.
deKieffer & Horgan, PLLC
1090 Vermont Avenue, NW
Suite 410
Washington, DC 20004
(202) 783-6909

*Counsel to Bosun Tools Co., Ltd.*

FORM 8

## Order of Dismissal

This action and those listed on the schedule set forth above, having been voluntarily stipulated for dismissal by all parties having appeared in the action, are dismissed.

Dated: __March 19, 2021__

                                           Clerk, U. S. Court of International Trade

                                           By: __/s/ Jason Chien__
                                                           Deputy Clerk

(As amended Dec. 18, 2001, eff. Apr.1, 2002; Aug. 2, 2010, eff. Sept. 1, 2010.)